**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**SHANE A. LONIX**
**ADC #145216** **PLAINTIFF**

**v.** **No. 2:26-cv-80-DPM-JJV**

**STEVEN LANE, Correctional Captain, EARU; GARY R. KERSTEIN, Medical Director, WellPath, EARU Infirmary; TRACY BENNETT, Provider, Advanced Nurse Practitioner, WellPath, EARU Infirmary; JASON PALMER, Health Services Administrator, WellPath, EARU Infirmary; AUNDREA CULCLAGER, Deputy Director, Health Services; BRANDON DAVIS, Deputy Warden, EARU; JACKSON, Correctional Sergeant, EARU; WHITE, Correctional Officer, EARU; and WOFFORD, Correctional Officer, EARU** **DEFENDANTS**

**ORDER**

On *de novo* review, the Court adopts in part and declines to adopt in part the partial recommendation, *Doc. 5*. Fed. R. Civ. P. 72(b)(3). While the allegations in the amended complaint are thin, Lonix has pleaded enough facts on the medical deliberate indifference claims to survive screening. His objections to the dismissal of his claims against Administrator Palmer, Nurse Practitioner Bennett, and Dr. Kerstein are sustained. His remaining objections are overruled. The Court adopts

the partial recommendation as it relates to Lonix's claims against Warden Davis and Deputy Director Culclager.

The Court directs the Clerk to prepare summonses for Administrator Palmer, Nurse Practitioner Bennett, and Dr. Kerstein through the ADC Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612. The Court directs the United States Marshal to serve the summons, amended complaint, *Doc. 4*, and this Order on those defendants. Lonix's claims against Warden Davis and Deputy Director Culclager are dismissed for failure to state a claim. The Court directs the Clerk to terminate them as defendants.

So Ordered.

D.P. Marshall Jr.
United States District Judge

2 September 2026